**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **RIGEL HARRIS,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | **CIVIL ACTION NO. 1:22-cv-366** |
| **v.** | § | |
| | § | |
| **ROBERT T. HERRERA and THOMAS J.** | § | **JURY TRIAL DEMANDED** |
| **HENRY, individually, THOMAS J.** | § | |
| **HENRY LAW, PLLC, and GRAY** | § | |
| **PICTURE, LLC** | § | |
| | § | |
| *Defendants.* | | |

## MOTION TO WITHDRAW AS COUNSEL

Meghan V. Romere moves to withdraw as counsel for Plaintiff in this case due to her leaving Ellwanger Henderson LLLP. Plaintiff will continue to be represented by counsel from Ellwanger Henderson LLLP.

Dated: April 26, 2023

Respectfully submitted,

*/s/ Meghan V. Romere*
Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@equalrights.law
Meghan V. Romere
Texas State Bar No. 24125843
mromere@equalrights.law
Ellwanger Henderson LLLP
8310-1 N. Capital of Texas Hwy,
Ste. 190, Austin, Texas 78731
Telephone: (737) 808-2260
Facsimile:  (737) 808-2238
**COUNSEL FOR PLAINTIFF**

## <u>CERTIFICATE OF CONFERENCE</u>

       I hereby certify that on April 26, 2023, I conferred by email with Thomas Tijerina, attorney for Defendants Robert Herrera and Gray Picture, LLC and Jay Hulings, attorney for Defendants Thomas J. Henry and Thomas J. Henry, PLLC, and confirmed that this Motion is unopposed.

                                    */s/ Jay D. Ellwanger*
                                    Jay D. Ellwanger

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on April 26, 2023, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                      */s/ Jay D. Ellwanger*
                                    Jay D. Ellwanger