IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **RIGEL HARRIS,**<br><br>*Plaintiff*,<br><br>v.<br><br>**THOMAS J. HENRY, individually,**<br>**THOMAS J. HENRY LAW, PLLC,**<br>**ROBERT T. HERRERA, individually, and**<br>**GRAY PICTURE, LLC**<br><br>*Defendants*, | Civil Action No.: 1:22-cv-366-DAE |

### DEFENDANTS THOMAS J. HENRY AND THOMAS J. HENREY LAW, PLLC'S UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

TO THE HONORABLE COURT:

Defendants Thomas J. Henry and Thomas J. Henry Law, PLLC ("**TJH Defendants**") respectfully request that H. Jay Hulings of DAVIS & SANTOS, PLLC be permitted to withdraw as counsel for TJH Defendants, and that Caroline Newman Small be substituted as counsel for TJH Defendants. Mr. Hulings no longer practices law with DAVIS & SANTOS, PLLC. Jason M. Davis will continue as lead counsel for TJH Defendants.

TJH Defendants request that the Clerk of Court and the parties update their records with Ms. Small's identifying and contact information as follows:

Caroline Newman Small
State Bar No. 24056037
E-mail: *csmall@dslawpc.com*
**DAVIS & SANTOS, PLLC**
719 S. Flores Street
San Antonio Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

TJH Defendants, through their representatives, approve and agree to this substitution.

This Motion to Substitute Counsel is not sought for purposes of delay, but so that justice may be done.

TJH Defendants request that all future pleadings and correspondence in this case be sent to Mr. Jason M. Davis and Ms. Caroline Newman Small at the address provided above.

For these reasons, TJH Defendants respectfully request that the Court permit H. Jay Hulings of DAVIS & SANTOS, PLLC to withdraw from this case and substitute Caroline Newman Small of DAVIS & SANTOS, PLLC as attorney for TJH Defendants.

Dated: August 25, 2023

                                      Respectfully submitted,

                                      **DAVIS & SANTOS, PLLC**

By: /s/ Caroline Newman Small
     Jason M. Davis
     State Bar No. 00793592
     Email: jdavis@dslawpc.com
     Caroline Newman Small
     State Bar No. 24056037
     E-mail: csmall@dslawpc.com
     719 S. Flores Street
     San Antonio, Texas 78204
     Tel: (210) 853-5882

     ***Counsel for Defendants Thomas J. Henry and Thomas J. Henry Law, PLLC***

**CERTIFICATE OF CONFERENCE**

I certify that on the 25th day of August 2023, counsel for TJH Defendants conferred with Jay D. Ellwanger, counsel for Plaintiff Rigel Harris, and confirmed that this Motion is unopposed.

                                           */s/ Caroline Newman Small*
                                           Caroline Newman Small

**CERTIFICATE OF SERVICE**

I certify that on the 25th day of August 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

                                           */s/ Caroline Newman Small*
                                           Caroline Newman Small