# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **RIGEL HARRIS,**<br><br>    *Plaintiff*,<br><br>v.<br><br>**THOMAS J. HENRY, individually,**<br>**THOMAS J. HENRY LAW, PLLC,**<br>**ROBERT T. HERRERA, individually, and**<br>**GRAY PICTURE, LLC**<br><br>    *Defendants*, | Civil Action No.:  1:22-cv-366-LY |

## JOINT REPORT REGARDING ALTERNATIVE DISPUTE RESOLUTION

TO THE HONORABLE COURT:

Pursuant to the Scheduling Order (ECF No. 35), Plaintiff Rigel Harris ("**Plaintiff**") and Defendants Thomas J. Henry, Thomas J. Henry Law, PLLC (the "**Henry Defendants**"), Robert T. Herrera, and Gray Picture, LLC (the "**Herrera Defendants**") (collectively, the "**Parties**") submit this Joint Report Regarding Alternative Dispute Resolution and would respectfully show the Court as follows:

1.  The Parties hereby inform the Court that Plaintiff and the Henry Defendants have agreed to participate in and have schedule an in-person full-day mediation on **January 24, 2024**.

2.  The mediation is before Hon. Glen M. Ashworth (Ret.). Judge Ashworth was agreed to by Plaintiff and the Henry Defendants and will be compensated in an agreed-to fee split between all paying parties as follows: 50% paid by Plaintiff and 50% paid for by the Henry Defendants.

3. The person responsible for settlement negotiations for Plaintiff is Rigel Harris, by and through her counsel Jay Ellwanger. The person responsible for settlement negotiations for the Henry Defendants is Mr. Thomas J. Henry, by and through his counsel Jason Davis.

4. Should the mediation result in a settlement of this matter, the Parties will promptly provide notice of any such settlement to the Court.

Dated: January 12, 2024.

Respectfully submitted,

| **ELLWANGER HENDERSON LLP** | **DAVIS & SANTOS, PLLC** |
|---|---|
| By: */s/ Jay D. Ellwanger (with permission)*<br>Jay D. Ellwanger<br>Texas State Bar No. 24036522<br>Email: jellwanger@equalrights.law<br>Madison Chilton<br>Texas Bar No. 24132727<br>Email: Mchilton@equalrights.law<br>11149 Research Blvd., Ste. 100<br>Austin, Texas 78759<br>Tel: (737) 707-3168<br>Fax: (737) 808-2262<br><br>***Counsel for Plaintiff Rigel Harris*** | By: */s/ Caroline Newman Small*<br>Jason M. Davis<br>State Bar No. 00793592<br>Email:  jdavis@dslawpc.com<br>Caroline Newman Small<br>State Bar No. 24056037<br>Email:  csmall@dslawpc.com<br>719 S. Flores Street<br>San Antonio, Texas 78204<br>Tel: (210) 853-5882<br>Fax: (210) 200-8395<br><br>***Counsel for Defendants Thomas J. Henry and Thomas J. Henry Law, PLLC*** |

**MARTINEZ & TIJERINA PLLC**

By: */s/ Tomas F. Tijerina (with permission)*
Tomas F. Tijerina
State Bar No. 24070746
Federal ID No. 1062166
Email: TTijerina@mbmtlawfirm.com
Benigno (Trey) Martinez
State Bar No. 00797011
Federal ID No. 23945
Email: Trey@mbmtlawfirm.com
1201 E. Van Buren
Brownsville, Texas 78520
Ph. (956) 550-4868
Fax (956) 621-0135

***Counsel for Defendants Robert T. Herrera and Gray Picture, LLC***

## **CERTIFICATE OF SERVICE**

      I certify that on January 12, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

                                    */s/ Caroline Newman Small*
                                    Caroline Newman Small