# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **RIGEL HARRIS,**<br>  *Plaintiff*<br><br>  v.<br><br>**THOMAS J. HENRY, individually;**<br>**THOMAS J. HENRY LAW, PLLC;**<br>**ROBERT T. HERRERA, individually;**<br>**and GRAY PICTURE, LLC,**<br>  *Defendants* | §<br>§<br>§<br>§<br>§  **Case No. 1:22-cv-00366-DAE**<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court are Plaintiff's Opposed Motion to Compel Discovery Responses from Defendants Thomas J. Henry and Thomas J. Henry Law, PLLC, filed February 9, 2024 (Dkt. 55); Defendants' Response, filed March 1, 2024 (Dkt. 57); Plaintiff's Reply, filed March 8, 2024 (Dkt. 58); Defendants' Sur-Reply, filed by leave of Court March 13, 2024 (Dkt. 61); and the parties' Joint Advisory, filed March 22, 2024 (Dkt. 63).[1] The Court held a hearing on Plaintiff's Motion to Compel on March 25, 2024, at which all parties were represented by counsel.

For the reasons stated from the bench during the hearing, Plaintiff's Opposed Motion to Compel Discovery Responses from Defendants Thomas J. Henry and Thomas J. Henry Law, PLLC (Dkt. 55) is **GRANTED IN PART and DENIED IN PART**. The Court **DENIES** the motion as to Interrogatory No. 4 and **GRANTS** the motion as to Interrogatories Nos. 7, 10, and 11 and Requests for Production Nos. 1-3, 6-7, 10, 18-20, and 25-30.

Defendants Thomas J. Henry and Thomas J. Henry Law, PLLC are **ORDERED** to:

---

[1] By Text Order entered February 13, 2024, the District Court referred Plaintiff's Motion to Compel to this Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

1. Supplement their responses to Interrogatories Nos. 7, 10, and 11 to provide all requested information from 2017 to the present;

2. Produce all documents responsive to Requests for Production Nos. 1-3, 6-7, 10, 18-20, and 25-30 within their possession, custody, or control from 2017 to the present; and

3. Pursuant to Rule 34(b)(2)(C), supplement their responses to Requests for Production Nos. 1-3, 6-7, 10, 18-20, and 25-30 to state whether any responsive materials are being withheld on the basis of an objection and, if so, specifically identify the objection,

**by April 25, 2024**.

It is **FURTHER ORDERED** that the Clerk **REMOVE** this case from this Magistrate Judge's docket and **RETURN** it to the docket of the Honorable David A. Ezra.

**SIGNED** on March 25, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE